UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH NICHOLS, III,<br><br>    Petitioner,<br><br>    v.<br><br>CHRISTIAN PFEIFFER, Warden,<br><br>    Respondent | Case No. 2:19-cv-10235-DSF-JC<br><br>JUDGMENT |

Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody and this action are dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: December 17, 2019

                                                  _____

                                                  HONORABLE DALE S. FISCHER<br>                                                  UNITED STATES DISTRICT JUDGE